UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re: Fusion Connect, Inc.*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20 Civ. 5798 (PAE) |
| Appellant, | |
| -v- | ORDER |
| FUSION CONNECT, INC., | |
| Appellee. | |

PAUL A. ENGELMAYER, District Judge:

The Court will hold oral argument in this case on Thursday, **July 15, 2021 at 12:15 p.m.** This argument will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 1, 2021
New York, New York