UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re: Fusion Connect, Inc.*

UNITED STATES OF AMERICA

Appellant,

-v-

FUSION CONNECT, INC.,

Appellee.

---

20 Civ. 5798 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

An argument in this matter is presently scheduled for Thursday, July 15, 2021 at 12:15 p.m. Dkt. 17. Due to a conflict with the Court's schedule, that conference will now be held on Thursday, July 15, 2021 at 10:15 a.m. This conference will remain a telephonic conference.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 8, 2021
New York, New York