UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re: Fusion Connect, Inc.* <br><br> UNITED STATES OF AMERICA <br><br> Appellant, <br> -v- <br><br> FUSION CONNECT, INC., <br><br> Appellee. | 20 Civ. 5798 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

An argument in this matter is presently scheduled for Thursday, July 15, 2021 at 10:15 p.m. Dkt. 18. Due to a conflict with the Court's schedule, that conference will now be held on Thursday, July 15, 2021 at 2:00 p.m. This conference will remain a telephonic conference.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 9, 2021
New York, New York